ACCEPTED
06-15-00065-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/2/2015 4:50:32 PM
DEBBIE AUTREY
CLERK

## NOS.   06-15-00065-CR; 06-15-00066-CR; 06-15-00071-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | 7/7/2015 4:29:00 PM |
| **VS.** | § | **6th COURT** | DEBBIE AUTREY<br>Clerk |
| | § | | |
| **CHRISTOPHER    ANTHONY** | § | **OF APPEALS** | |
| **DAVIDSON** | | | |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Katherine A. Ferguson, Movant, court appointed counsel for Appellant CHRISTOPHER ANTHONY DAVIDSON in the above styled and numbered causes, and moves this Court to grant her Motion to Withdraw as Counsel pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     Movant is appointed counsel of record CHRISTOPHER ANTHONY DAVIDSON.

2.     Counsel was unable to find any non-frivolous issues to bring on appeal.

3.     Counsel has mailed a copy of the Reporter's Record, Clerks Record, this Motion and Brief in support of motion to withdraw to Appellant by certified mail.

4.     Counsel has informed Appellant of his right to file a pro se brief and,

or request for extension of time to file a pro se brief.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that this Court grant this Motion To Withdraw, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, L.L.P.

By:     /s/ Katherine A. Ferguson
          Katherine A. Ferguson (SBN 06918050)

2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Telephone:  (903) 454-6050
Facsimile:   (903) 454-4898
Email:   rdflawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Motion to Withdraw was sent by first class United States Mail, postage prepaid, to the Honorable Noble Walker, Hunt County District Attorney, P.O. Box 441, Greenville, Texas 75403-0441 on this the 2nd day of July, 2015.

I further certify that a true and correct copy of Motion to Withdraw was sent by first class United States mail, postage prepaid to CHRISTOPHER ANTHONY DAVIDSON, TDJC#01988392, Fabian Dale Dominguez State Jail, 6535Cagnon Road, San Antonio, Texas 78252-2202 on this the 2nd day of July, 2015

/s/ Katherine A. Ferguson
Katherine A. Ferguson